## C. E. WILLIAMS v. STATE.
### No. 17428.

Court of Criminal Appeals of Texas.
Jan. 9, 1935.

J. V. Patterson, of Decatur, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is transporting intoxicating liquor; the punishment, confinement in the penitentiary for one year.

Upon the written request of appellant, duly verified by his affidavit, the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

HAWKINS, J., absent.

## C. R. WILLIAMS v. STATE.
### No. 17280.

Court of Criminal Appeals of Texas.
Jan. 2, 1935.

See, also, 67 S.W.(2d) 865; 68 S.W.(2d) 501.

T. B. Ridgell, of Dallas, and W. Van Sickle, of Alpine, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for forgery; punishment, two years in the penitentiary.

We find with the record in this case an affidavit in proper form asking that appellant be permitted to withdraw his appeal. The request is granted.

The appeal is dismissed.

## Ezra WILLIAMS v. STATE.
### No. 17187.

Court of Criminal Appeals of Texas.
Jan. 2, 1935.

T. H. Yarbrough, of Bowie, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for transporting intoxicating liquor; punishment, one year in the penitentiary.

We find with the record in this case an affidavit in proper form asking that appellant be permitted to withdraw his appeal. The request is granted.

The appeal is dismissed.